# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 07-06992-MMM<br>BCKY: 06-bk-12551-KT | Date | January 4, 2008 |
|---|---|---|---|

| Title | *In re: Branford Partners, LLC*<br>Robb Evans vs. Robert F. Fornaciari, et al |
|---|---|

Present: The Honorable    MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**     **Order To Show Cause Re Dismissal For Lack Of Prosecution**

    The docket reflects that a bankruptcy appeal has been filed in the above-entitled action, but that appellant has not filed the required:

    **X**    statement of issues has been filed,

    **X**    notice of transcripts has been filed, and

    **X**    designation of record.

    Appellant is Ordered to Show Cause no later than January 22, 2008, why the appeal should not be dismissed for these deficiencies.  The Court may consider Appellant's filing of the missing required documents, along with a declaration of good cause for the delay, sufficient response to the order to show cause.